IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CAROL A. SNEED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:05-cv-1016-MLB |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. | |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $3,261.00. The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $150.00 from the Judgment Fund administered by the Treasury Department.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of $3,261.00.

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$150.00** to be paid from the Judgment Fund administered by the Treasury Department.

IT IS SO ORDERED.

Dated this 4th day of November, 2005.

2

s/Monti Belot
United States District Judge

APPROVED BY:

By  s/Kyle Saunders
Kyle Saunders, #28415
Saunders & Saunders
P.O. Box 1605
Ada, OK 74820
Attorney for Plaintiff

ERIC F. MELGREN
United States Attorney

By s/ Connie R. DeArmond
CONNIE R. DeARMOND, #12984
Assistant United States Attorney
District of Kansas
1200 Epic Center
301 N. Main
Wichita, Kansas 67202

Attorney for the United States